IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK D. WEAVER                                                             PLAINTIFF

               v.                    Civil No. 09-5100

CAPTAIN HUNTER PETRAY,
Jail Administrator, Benton County
Detention Center; ROBERT HOLLY,
New Jail Administrator, Benton County
Detention Center; SHERIFF KEITH
FERGUSON, Benton County;
BENTON COUNTY DETENTION
CENTER; DEPUTY SWTIZER, Benton County
Detention Center; DEPUTY SANDS,
Benton County Detention Center; DEPUTY
WALES, Benton County Detention Center;
and SGT. TORRES, Benton County
Detention Center                                                       DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this case pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On April 8, 2010, plaintiff filed a motion to dismiss the case (Doc. 23). He indicates he no longer desires to pursue the case. Defendants filed a response (Doc. 24) stating they have no objection to the dismissal.

I therefore recommend that the motion to dismiss (Doc. 23) be granted.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties**

**are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of April 2010.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)