```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

MARK D. WEAVER                                              PLAINTIFF

    v.    Civil No. 09-5100

CAPTAIN HUNTER PETRAY, ET AL.                              DEFENDANTS

### ORDER

Now on this 12th day of July, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #25), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #25) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report And Recommendation, the plaintiff's motion to dismiss is **granted.**

**IT IS SO ORDERED.**

              /s/ Jimm Larry Hendren
              JIMM LARRY HENDREN
              UNITED STATES DISTRICT JUDGE